UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EVANA ALEXANDER,

                                 Plaintiff,

                     -against-

MIDLAND CREDIT MANAGEMENT,
INC., *et al.*,

                             Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2026

1:26-cv-647-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of

New York, on January 26, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party

wishes to demand a jury trial in this matter, the demand must be served and filed no later than

February 9, 2026.

SO ORDERED.

Dated: January 30, 2026
       New York, New York

                                                 _____
                                              GREGORY H. WOODS
                                         United States District Judge