UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

EVANA ALEXANDER,

                                    Plaintiff,

                    -v-

MIDLAND CREDIT MANAGEMENT, INC., *et al.*,

                                    Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

1:26-cv-647-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the last two weeks, Plaintiff has filed notices of settlement as to several defendants. Dkt. Nos. 42, 47, 48. The notices of settlement do not indicate that Platiniff has dismissed her claims against those defendants. Therefore, each of the defendants for whom Plaintiff has filed notices of settlement remain parties to this action. The Court expects that all parties that have appeared in this action will be present at the initial pretrial conference scheduled to take place on April 22, 2026.

            SO ORDERED.

Dated:  April 21, 2026
            New York, New York

_____
GREGORY H. WOODS
United States District Judge